1  RYAN Mc HUGH,
   California Bar No.: 250898
2  533 Airport Blvd, Suite 400
3  Burlingame, CA 94040
   Telephone (800) 609-1450
4  Facsimile  (510) 439-2855

5  Attorney for Defendant
6  Andrey Belov

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br>     Plaintiff, <br><br> vs. <br><br> ANDREY BELOV <br><br>     Defendant. | Criminal Case No.:CR-12-00864-LB <br><br> **STIPULATION OF PARTIES FOR CONTINUANCE OF CHANGE OF PLEA HEARING AND [~~PROPOSED~~] ORDER** |

    With the agreement of the parties, and with the consent of the defendant Andrey Belov, the Court entered this order (1) vacating the Change of Plea hearing for the defendant Andrey Belov, now set **for May 9, 2013 at 10:00 am.;** (2) setting a new Change of Plea hearing for the defendant Andrey Belov for **June 20 2013 at 10:00 am.**

1. Ryan Mc Hugh, attorney for the defendant, Andrey Belov, **is unable to attend due to his Trial schedule, in The People of the State of California v. Edilberto PASTORA County of San Mateo, California Superior Court- Case No: <u>NM415710.</u>**

SO STIPULATED.

DATED: <u>5/2/13</u>                    <u>         / S /           </u>
Ryan McHugh
Attorney for Defendant

DATED___<u>5/7/13</u>_____           <u>         /s/              </u>
Marc Price Wolf
Special Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,, | ) Criminal Case No.: CR-12-00864-LB |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
| ANDREY BELOV, | ) |
| Defendant. | ) |

For the reasons stated in the parties Stipulation to Continue Status Conference Hearing, and for good cause shown, the Court vacates the May 9, 2013 Change of Plea hearing date with respect to the defendant Andrey Belov, and sets a new Change of Plea hearing June 20, 2013 at ~~10:00 a.m.~~ 10:30 a.m.

DATED: May 8, 2013

Hon. Laurel Beeler
United States District Magistrate Judge